writs of certiorari to the Court of Claims are granted. *Solicitor General McGrath* for the United States in No. 94. With him on the brief in No. 96 were *Assistant Attorney General Sonnett* and *Paul A. Sweeney. Wilbur H. Friedman* for respondents in No. 94 and petitioners in No. 96. Reported below: 105 Ct. Cl. 606, 64 F. Supp. 684.

No. 206. KOSTER *v.* (AMERICAN) LUMBERMENS MUTUAL CASUALTY Co. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Milton Pollack* for petitioner. *Frank W. Glenn* for respondent.

No. 207. LAND, CHAIRMAN OF THE UNITED STATES MARITIME COMMISSION, ET AL. *v.* DOLLAR ET AL. October 14, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. MR. JUSTICE BLACK took no part in the consideration or decision of these applications. *Solicitor General McGrath* for petitioners. *Gregory A. Harrison, Clinton M. Hester* and *Michael M. Kearney* for respondents.

No. 264. CANTOS *v.* STYER, COMMANDING GENERAL. October 14, 1946. Petition for writ of certiorari to the Supreme Court of the Philippines granted. *John E. McCullough* for petitioner. *Solicitor General McGrath* and *Frederick Bernays Wiener* for respondent.